EK:WDS
F.#2010R02206

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

GREGORY LAWRY,

              Defendant.

- - - - - - - - - - - - - - - - -X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ NOV 19 2010 ★
BROOKLYN OFFICE

I N D I C T M E N T

CR. 10-898
(T. 18, U.S.C., §§
922(g)(1), 924(a)(2),
924(d) and 3551
et seq.; T. 21, U.S.C.,
§ 853(p); T. 28,
U.S.C., § 2461(c))

TRAGER, J.
CARTER, M.J.

THE GRAND JURY CHARGES:

### FELON IN POSSESSION OF A FIREARM

1. In or about and between May 2010 and September 2010, within the Eastern District of New York, the defendant GREGORY LAWRY, having previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting commerce one or more firearms, to wit: an Armi Tanfoglio Giuseppe .25 caliber semi-automatic pistol and a Bryco Arms Jennings nine millimeter semi-automatic pistol, and ammunition.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 3551 et seq.)

### CRIMINAL FORFEITURE ALLEGATION

2. The United States hereby gives notice to the defendant GREGORY LAWRY that upon his conviction, the government will seek forfeiture in accordance with Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section

2461(c), which require the forfeiture of any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922(g), including but not limited to an Armi Tanfoglio Giuseppe .25 caliber semi-automatic pistol and a Bryco Arms Jennings nine millimeter semi-automatic pistol and ammunition seized on or about September 25, 2010.

   3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any

other property of such defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

*[signature]*
FOREPERSON

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: *[signature]*
Assistant U.S. Attorney

3

F. #2010R02206

FORM DBD-34

JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL *Division*

THE UNITED STATES OF AMERICA

vs.

*GREGORY LAWRY,*

*Defendant.*

# INDICTMENT

(T. 18, U.S.C., §§ 922(g)(1), 924(a)(2), 924(d) and 3351 et seq.; T. 21, U.S.C. § 853(p); T. 28, U.S.C., § 2461(c))

*A true bill.*

_____ Mary Lacewell _____
                                    *Foreman*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 19* _____

_____

                                                                *Clerk*

Bail, $ _____

*DAVID SARRATT, AUSA; (718) 254-6418*