# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

February 8, 2011

The Honorable Sterling Johnson
Senior U.S. District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>U.S.A. v. Gregory Lawry, 10-CR-898 (SJ)</u>

Your Honor:

This is to request the re-assignment of this case from Magistrate Judge Andrew Carter.

On December 3, 2010, the court referred motions in this case to the assigned magistrate judge. Motions in the case are now complete, but I realized that the magistrate judge assigned to the case is Magistrate Judge Carter, who has recused himself from cases in which I represent a defendant. I therefore respectfully request that the case be assigned to a different Magistrate Judge.

Sincerely,

Mildred M. Whalen
Staff Attorney
(718) 330-1290

cc: Assistant U.S. Attorney David Sarratt, Esq.
ECF
The Honorable Magistrate Judge Andrew L. Carter