To- Honorable Judge Sterling Johnson
From- Gregory Lowry
Date- 10-24-2018

RECEIVED IN CHAMBERS OF HON. STERLING JOHNSON, JR.
OCT 30 2018
TIME A.M.____ P.M.____

On or about July 28, 2018 I was convicted of Criminal Contempt in a New York State cort, witch violates my federal probation. Please allow me to explain

A scornful paramour got an order of protection against me. I was never notified of the order and subsequently violated it.

During my instant period of incarceration my wife and I affirmed our commitment to strengthen our union and be the parents our children and grandchildren need. She has forgiven my infidelity and I will never engage in an extra-marital affair again

I spend my time here participating in the food serivce program and acquiring more qualifications/skills in the Building Maintenance and electrical trades. But the most important activity of the day is my Phone calls with my family.

My wife and children are very loving, kind and incredibly suportive as a family we ask if you would consider crediting my federal probation time with my state time It would allow me to get home to my wife and our family so I can support and care for them

Thank you for your kind consideration of my request

Respectfully
cc: Gregory Lowry

10-cr-898

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV 06 2018 ★
BROOKLYN OFFICE

FISHKILL CORRECTIONAL FACILITY
BOX 1245
BEACON, NEW YORK 12508
NAME: Gregory Lowry     DIN: 18A2602

FISHKILL
CORRECTIONAL
FACILITY

neopost
10/25/2018
US POSTAGE $000.47

ZIP 12508
041L11251113

To* Honorable Judge Sterling Johnson
225 Cadman Plaza East Suite 720
Brooklyn NY 11201

Legal Mail

Legal MAIL