# UNITED STATES DISTRICT COURT

__EASTERN__ District of __NEW YORK__

UNITED STATES OF AMERICA

V.

__Gregory Lawry__
_Defendant_

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case Number: __10 CR 898 (SJ)__

Upon motion of the __dft__, it is ORDERED that a detention hearing is set for __1/29/19__* at __11:00__
_Date_  _Time_

before __M. Scanlon__
_Name of Judicial Officer_

__BROOKLYN, NEW YORK__
_Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by (the United States marshal) (_____) and produced for the hearing.
_Other Custodial Official_

Date: __1/25/19__

/s/(LB)
_Judicial Officer_

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.