AO 245D (Rev. 02/18)   Judgment in a Criminal Case for Revocations
Sheet 1

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ MAR 14 2019 ★
BROOKLYN OFFICE

# UNITED STATES DISTRICT COURT
## Eastern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>GREGORY LAWRY | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br>Case No. 10-CR-0898-SJ<br>USM No. 11244-052<br>Bryan Konoski, 305 Broadway<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) __3 and 5__ of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Violating Order of Protection issued by Kings County Criminal Court | 07/24/2017 |
| 5 | Violating Order of Protection issued by Kings County Criminal Court | 09/25/2017 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has not violated condition(s) __1,2,4,6,7__ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 0089

Defendant's Year of Birth: 1971

City and State of Defendant's Residence:
Brooklyn, New York

02/13/2019
Date of Imposition of Judgment

/s/(SJ)
Signature of Judge

STERLING JOHNSON, JR., U.S.D.J.
Name and Title of Judge

03/05/2019
Date

DEFENDANT: GREGORY LAWRY
CASE NUMBER: 10-CR-0898-SJ

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

Nine (9) months.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL